# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JUAN TORRES-HERNANDEZ<br><br>*Defendant(s)* | Case No. 1:16-MJ-437 |

FILED SEP 2 7 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 15, 2016__ in the county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Kellen Dwyer

*Complainant's signature*

Sherman Wooden, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sep. 27, 2016

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Honorable John F. Anderson, U.S. Magistrate Judge
*Printed name and title*