# Criminal Case Cover Sheet

**FILED:** REDACTED

# U.S. District Court

**Place of Offense:**

☐ Under Seal

**Judge Assigned:**

City: Triangle

Superseding Indictment:

**Criminal No.**

County: Prince William

Same Defendant:

New Defendant:

Magistrate Judge Case No. 1:16-mj-437

**Arraignment Date:**

Search Warrant Case No.

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Juan Torres-Hernandez

Alias(es):

☐ Juvenile   FBI No.

**Address:** Triangle, Virginia 22172

Employment:

**Birth Date:** 1994   **SSN:**   **Sex:** Male   Race:   Nationality:

**Place of Birth:**   Height: 5'   Weight: 190   Hair: black   Eyes: brown   Scars/Tattoos:

☐ **Interpreter   Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:**   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):**   **Phone:**   Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

Department of Homeland Security Investigations

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18,U.S.C. § 2422(b) | Coercion and enticement of a minor | | |
| Set 2: | | | | |

**Date:** 9/27/16   **AUSA Signature:** _[signature]_   *may be continued on reverse*