IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| UNITED STATES OF AMERICA | CRIMINAL NO.: 1:16-CR-283 |
|---|---|
| v. | Count 1: Coercion and Enticement of a Minor (18 U.S.C. § 2422(b)) |
| JUAN TORRES-HERNANDEZ, | Count 2: Coercion and Enticement of a Minor (18 U.S.C. § 2422(a)) |
| Defendant. | Count 3: Transportation of a Minor With Intent to Engage in Criminal Sexual Activity (18 U.S.C. § 2423(a)) |

DECEMBER 2016 TERM – AT ALEXANDRIA, VIRGINIA

### INDICTMENT

### COUNT ONE
(Coercion and Enticement of a Minor)

THE GRAND JURY FURTHER CHARGES THAT:

1. From on or about January 12, 2016, until on or about January 13, 2016, the defendant, JUAN TORRES-HERNANDEZ, did knowingly use a facility or means of interstate commerce, specifically the internet, to persuade, induce, entice, and coerce a minor, and to attempt to do so, to engage in sexual activity for which any person can be charged with a criminal offense, specifically the production of child pornography, in violation of 18 U.S.C. § 2251(a).

(In violation of 18 United States Code, Section 2422(b))

## COUNT TWO
(Coercion and Enticement of a Minor)

THE GRAND JURY FURTHER CHARGES THAT:

2. From on or about January 12, 2016 until on or about January 16, 2016, the defendant, JUAN TORRES-HERNANDEZ, did knowingly persuade, induce, entice, and coerce any individual, and attempted to do so, to travel in interstate commerce to engage in any sexual activity for which any person can be charged with a criminal offense, specifically, sexual intercourse between an adult and a child, in violation of Virginia Code, Section 18.2-371.

(In violation of 18 United States Code, Section 2422(a))

## COUNT THREE
(Transportation of a Minor with Intent to Engage in Criminal Sexual Activity)

THE GRAND JURY FURTHER CHARGES THAT:

3. On or about January 15, 2016, the defendant, JUAN TORRES-HERNANDEZ, did knowingly transport an individual who has not attained the age of 18 years in interstate commerce, with intent that the individual engage in any sexual activity for which any person can be charged with a criminal offense, specifically, sexual intercourse between an adult and a child, in violation of Virginia Code, Section 18.2-371.

(In violation of 18 United States Code, Section 2423(a))

## NOTICE OF FORFEITURE

1. There is probable cause that the property described in this NOTICE OF FORFEITURE is subject to forfeiture pursuant to the statutes described herein.

2. Upon conviction of any of the offenses set forth in this Indictment, the defendant, JUAN TORRES-HERNANDEZ, shall forfeit to the United States of America:

   a. Any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense of conviction, and

   b. Any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly, as a result of the offense of conviction.

3. If any of the property described above as being forfeitable pursuant to Title 18, United States Code, Section 2428, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) to seek forfeiture of all other property of the defendant.

(All pursuant to Title 18, United States Code, Section 2428; Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c))

DANA J. BOENTE
UNITED STATES ATTORNEY

*Kellen Dwyer* (signature)

Kellen S. Dwyer
Assistant United States Attorney

A TRUE BILL
Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
Foreperson of the Grand Jury